IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA, ALBANY DIVISION

| | |
|---|---|
| SCRAP FEDD, <br><br> Plaintiff, <br><br> v. <br><br> BORDEN DAIRY COMPANY OF ALABAMA, LLC, ACE AMERICAN INSURANCE COMPANY AND DOUGLAS EARL DEVOE, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:13-CV-80(WLS) <br><br> Filed at 9:15 A M <br> 1/21, 20 14 <br> BCL <br> DEPUTY CLERK, U.S. DISTRICT COURT <br> MIDDLE DISTRICT OF GEORGIA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendants in the above-referenced matter, by and through their undersigned counsel, and hereby stipulate that this matter be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

The Parties represent to the Court that the things and matters in controversy herein have been compromised and settled and that, therefore, this cause is hereby dismissed with prejudice.

This 13th day of January, 2014.

[signatures on following page]

Respectfully submitted,

Margeson, Flynn & Associates, P.C.

_____
Robert M. Margeson, III
Georgia Bar No. 470500
Leigh Ann Flynn
Georgia Bar No. 470497
*Attorneys for Plaintiffs*

317 W. Tift Avenue
Post Office Box 768 (31702)
Albany, Georgia 31701
Tel: (229) 883-5350
Fax: (229) 883-5391
robert@margesonlaw.com
laflynn@margesonlaw.com

Moore Ingram Johnson & Steele, LLP

_____
William R. Johnson
Georgia Bar No. 395967
Angela H. Smith
Georgia Bar No. 654165
*Attorneys for Defendants*

Emerson Overlook
326 Roswell Street
Marietta, Georgia 30060
Tel.: 770-429-1499
Fax: 770-429-8631
wrj@mijs.com
ahsmith@mijs.com

SO ORDERED this 15th day of January, 2014

_____
W. Louis Sands, Judge
United States District Court